GEVA BAUMER, ESQ., State Bar #220046
Law Offices of Geva Baumer
405 14th St., Suite 410
Oakland, CA 94612
Tel: (510) 500-4474 Fax: (510) 868-1044
geva@baumeratlaw.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No.: 16-42758 |
| | Chapter 13 |
| Monica Falcon | |
|         Debtor | |

**DECLARATION OF ORTENCIA FALCON RE: CONTRIBUTION TO DEBTOR**

I, Ortencia Falcon declare:

1. I am over the age of eighteen, competent to testify about the matters set forth herein. I make this declaration of my personal knowledge.

2. I am the Debtor Monica Falcon's mother and live with her in the property located in 6401 Leona St., Oakland, CA 94605.

3. I agree to contribute to the Debtor's household expenses at least $900.00 and up to five years. This is subject to changes that may happen in the future.

4. The source of said contribution is my social security benefits.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 30, 2016 at Oakland, California.

                                                /s/ Ortencia Falcon
                                                Ortencia Falcon