# United States Bankruptcy Court
## Northern District of California

In re **Monica Audrey Falcon**  
Debtor(s)

Case No. **16-42758**  
Chapter **13**

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **October 1, 2016**  Signature **/s/ Monica Audrey Falcon**  
**Monica Audrey Falcon**  
Debtor

Date **October 1, 2016**  Signature **/s/ Geva Baumer**  
**Geva Baumer**  
Attorney